IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02462-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DEREK W. BARRINGER,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
MICHELLE R. NYCZ, CMIII, #2655,
LT. JEFF PETERSON, Case Manager, #7499, and
STERLING CORR. FACILTY [sic],

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 8 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner Complaint. He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   ___   is missing affidavit

(3)    __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __   is missing required financial information
(5)    __   is missing an original signature by the prisoner
(6)    __   is not on proper form (must use the court's current form)
(7)    __   names in caption do not match names in caption of complaint, petition or habeas application
(8)    __   An original and a copy have not been received by the court. Only an original has been received.
(9)    X   other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10)    __   is not submitted
(11)    X   is not on proper form (must use the court's current form)
(12)    __   is missing an original signature by the prisoner
(13)    __   is missing page nos. ___
(14)    __   uses et al. instead of listing all parties in caption
(15)    __   An original and a copy have not been received by the court. Only an original has been received.
(16)    __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    __   names in caption do not match names in text
(18)    __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 7th day of December, 2006.

BY THE COURT:

*[signature]*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 02462-BNB

Derek W. Barringer
Prisoner No. 113974
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 12/8/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk