IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02462-BNB

DEREK W. BARRINGER,

     Plaintiff,

v.

KEVIN WILYARD,
JOHN W. SUTHERS,
MICHELLE R. NYCZ, CM III # 2655,
JAMES A. OLSON, CM II # 7547, and
JEFF PETTERSON, CM II # 7499,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN − 5 2007

GREGORY C. LANGHAM
CLERK

---

ORDER CONSTRUING ACTION AS A 28 U.S.C. § 2241 AND DIRECTING PLAINTIFF
TO FILE CLAIMS ON A § 2241 COURT-APPROVED FORM

---

Plaintiff, Derek W. Barringer, is incarcerated at the Colorado Department of

Corrections and currently is held at the Sterling, Colorado, Correctional Facility.  On

November 30, 2006, Mr. Barringer submitted to the Court a *pro se* Prisoner Complaint

pursuant to 42 U.S.C. § 1983 seeking an order by the Court that directs Defendants to

follow the order of the Jefferson County District Court and execute his state sentence

concurrently with his federal sentence.

The Court must construe the Complaint liberally, because Mr. Barringer is a *pro*

*se* litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935

F.2d 1106, 1110 (10th Cir. 1991).  If the Complaint reasonably can be read "to state a

valid claim on which the plaintiff could prevail, [a court] should do so despite the

plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his

poor syntax and sentence construction, or his unfamiliarity with pleading requirements."
*Hall*, 935 F.2d at 1110.  However, a court should not act as a *pro se* litigant's advocate.
*See id.*

In the Complaint, Mr. Barringer alleges that the Jefferson County District Court
ordered that his state sentence be served concurrent with his federal sentence.  He
further asserts that Defendants have failed to abide by the state district court order and
apparently have extended his discharge date in his state sentence.

Plaintiff is challenging the execution of his sentence.  The claim more
appropriately is dealt with in a 28 U.S.C. § 2241 action.  *Montez v. McKinna*, 208 F.3d
862, 865 (10th Cir. 2000).  Accordingly, it is

ORDERED that the action is construed as an Application filed pursuant to 28
U.S.C. § 2241 as opposed to a Complaint filed pursuant to 42 U.S.C. § 1983.  It is

FURTHER ORDERED that the Clerk of the Court shall change the Docket in the
instant filing to reflect the proper nature of the action.  It is

FURTHER ORDERED that Mr. Barringer complete and file with the Court a 28
U.S.C. § 2241 Application form **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Barringer two
copies of the 28 U.S.C. § 2241 Application form.  It is

FURTHER ORDERED that if Mr. Barringer fails to complete and file with the
Court a 28 U.S.C. § 2241 Application form within **thirty days** from the date of this
Order, the action will be dismissed without prejudice and without further notice.  It is

FURTHER ORDERED that the Court will not review the merits of the action until Mr. Barringer has filed the 28 U.S.C. § 2241 Application form.  It is

FURTHER ORDERED that the Court's December 28, 2006, Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee is vacated.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which Mr. Barringer filed on December 14, 2006, is treated as a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and is granted.

DATED January 5, 2007, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**


Civil Action No. 06-cv-02462-BNB

Derek W. Barringer
Prisoner No.  113974
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on ___1/5/07___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk