**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-02462-BNB

JAN 1 1 2007

DEREK W. BARRINGER,

GREGO... ... ...NGHAM
CLERK

    Plaintiff,

v.

KEVIN WILYARD,
JOHN W. SUTHERS,
MICHELLE R. NYCZ, CM III # 2655,
JAMES A. OLSON, CMII, 7547, and
JEFF PETTERSON, CM II, 7499,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On January 9, 2007, Plaintiff filed a Motion for Leave to File a Second Amended Complaint. The Motion is denied. In keeping with the Court's January 5, 2007, Order, Plaintiff has been directed to file an Application pursuant to 28 U.S.C. § 2241.

Dated: January 11, 2007

---

A copy of this Minute Order mailed on January 11, 2007, to the following:

Derek W. Barringer
Prisoner No. 113974
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

          Secretary/Deputy Clerk