IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02462-ZLW

DEREK W. BARRINGER,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling, Colorado, DOC,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 5 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On March 5, 2007, Applicant filed a Petition for a Certificate of Appealability. The Petition is denied as moot. The Court denied a Certificate of Appealability on March 14, 2007.

    Applicant also, on March 5, 2007, filed a "Motion to Amend the Respondent's Last Name." The Motion is granted. The Clerk of the Court shall note the spelling of Respondent's last name as "Milyard" in Docket.

Dated: March 15, 2007

Copies of this Minute Order mailed on March 15, 2007, to the following:

Derek W. Barringer
Prisoner No. 113974
Sterling Correctional Facility
PO Box 6000 - Unit 7D 108
Sterling, CO 80751

                                                Secretary/Deputy Clerk